# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TANYA HARBECK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15-1455 |
| | ) |
| CAROLYN COLVIN, Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

      This matter is now before the Court on an April 24, 2017 Report and Recommendation from Magistrate Judge Hawley. Doc. 16. More than 14 days have elapsed since the filing of the Report & Recommendation, and no objections have been made. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Lockert v. Faulkner*, 843 F.2d 1015 (7th Cir. 1988); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986). As the parties failed to present timely objections, any such objections have been waived. *Id*.

      The relevant procedural history has been sufficiently outlined in the comprehensive Report and Recommendation of the Magistrate Judge. Plaintiff claims the ALJ erred in: (1) evaluating the severity and limitations stemming from her fibromyalgia; (2) reevaluating opinion evidence; (3) assessing her subjective complaints; (4) reconsidering her maximum RFC; and (5) finding that she can perform one of her past jobs. The Court concurs with the Magistrate Judge's detailed discussion and recommendation.

Accordingly, the Court now adopts the Report & Recommendation [16] of the Magistrate Judge in its entirety. Defendant's Motion [14] for Summary Affirmance is GRANTED and Plaintiff's Motion [7] for Summary Judgment is DENIED.

This matter is now terminated.

Signed on this 16th day of May, 2017.

s/ James E. Shadid  
James E. Shadid  
Chief United States District Judge